898

No. 93–5523. FAIRCHILD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5524. LOMPREY v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 93–5525. PARSONS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5526. NUNN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5527. DEMARIN-ORREGO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5529. RUSSELL v. MCGINNIS, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–5533. YOUNG v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 93–5534. WASHINGTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5536. CURTIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–5537. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5541. HARDWICK v. HODGE. Sup. Ct. S. C. Certiorari denied.

No. 93–5542. JACKSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–5543. HILL v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 93–5545. GALVIZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5548. EASON v. CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied.